UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Victor Manuel HERNANDEZ,**  )<br>Petitioner,  )<br> )<br>v.   )<br> )<br>**Alberto GONZALES,**  )<br>Attorney General,   )<br> )<br>Respondent.  )<br>_____ ) | PETITION FOR REVIEW<br><br>07-CV-7157<br>JUDGE JONES<br>ECF Case<br><br>Immigration File No.  A 043-050-296 |

    Victor Manual Hernandez hereby petitions for review by this court the denial of his Application for naturalization by the U. S. Citizenship and Immigration Services. A copy of this Decision is atached.

    To date, no court has upheld the validity of this decision.

    Jurisdiction is asserted pursuant to Section 301(c) of the Immigration and Nationality Act. Venue is asserted because the proceedings of the U. S. Citizenship and Immigration Services denying Mr. Hernandez's naturalization appliction were completed in New York, New York, within the jurisdiction of this District Court.

    Dated: August 10, 2007
          New York, New York

                                                Respectfully submitted,

                                          _____//S//_____
                                          Matthew J. Harris, of Counsel
                                          Law Offices of Eric Wuestman
                                          57 Montgomery Place
                                          Brooklyn, New York  11215
                                          (718) 622-4104
                                          Attorneys for Petitioner