UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Victor Manuel HERNANDEZ,  )<br>      Petitioner,  )<br>)<br>v.  )<br>)<br>Alberto GONZALES,  )<br>Attorney General,  )<br>)<br>      Respondent.  )<br>_____ ) | 07-CV-7157<br>Judge Jones<br>ECF Case<br><br>AFFIDAVIT OF SERVICE<br><br><br>Immigration File No.  A 043-050-296 |

I, Matthew Harris, hereby certify that on August 10, 2007 I served a true and correct copy of the attached document, PETITION FOR REVIEW, in a sealed envelope, with postage paid therein, in a post office or official depository of the United States Postal Service within the state of New York, addressed to the last-known address of the following officials:

Thomas W. Husse, Director, O. I. L.
U. S. Department of Justice / Civil Division
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Andres J. Quarantillo, District Director
U.S. Citizenship and Immigration Services
26 Federal Plaza, 7th Floor   Room 7700

F. James Loprest, Jr., Special Assistant U.S. Attorney
U. S. Attorney's Office - SDNY
86 Chambers Street, 3rd Floor
New York, New York  10007

_____// S //_____
Matthew J. Harris, Esq.