

## UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Victor Manuel HERNANDEZ,<br>Plaintiff,<br><br>v.<br><br>GERARD HEINAUER;<br>Director, Nebraska Service Center;<br>DR. EMILIO T. GONZALES,<br>Director, U. S. Citizenship &<br>Immigration Services;<br>MICHAEL CHERTOFF,<br>Secretary, U. S. Department of<br>Homeland Security,<br>Defenfants, | Civil Action<br>07-CV-7157<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br><br>(Jones, B) |

It is hearby stipulated and agreed by and between the parties to this action that this action be dismissed pusuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissall is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and dispersements.

The clerk shall enter judgement in accordance ith this Stipulation and Order of Dismissal.

Dated: Brooklyn, New York
April 22, 2008

MATTHEW J. HARRIS, of Counsel
Law Offices of Eric Wuestman
57 Montgomery Place
Brooklyn, New York  11215
(718) 622-4104
Attorney for Petitioner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08



Dated: New York, New York
       May  27  , 2008

                            MICHAEL J. GARCIA
                            United States Attorney
                            Southern District of New York
                            86 Chambers Street
                            New York, NY  10007

                  By: _____
                            JAMES LORREST, ESQ.
                            Special Assistant United States Attorney
                            (212) 637-2786

**SO ORDERED:**

Dated: Brooklyn, New York
       May_____, 2008
       June 2, 2008

                            _____
                            HONORABLE BARBARA S. JONES
                            United States District Judge