```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
VICTOR MANUEL HERNANDEZ,

              Plaintiff,

-against-

GERARD HEINAUER, et al.,

              Defendants.
-------------------------------------------------------------X

07 CIVIL 7157 (BSJ)

**JUDGMENT**

    Whereas the parties having stipulated that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 with each party to bear its own costs, and fees, including attorney's fees and disbursements, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on June 2, 2008, having rendered its Order of Dismissal directing the Clerk of the Court to enter judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated June 2, 2008, this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41, with each party to bear its own costs, and fees, including attorney's fees and disbursements.

**Dated:** New York, New York
         June 3, 2008

                                            **J. MICHAEL McMAHON**
                                                Clerk of Court
                        BY:
                                                    Deputy Clerk

                                      **THIS DOCUMENT WAS ENTERED**
                                      **ON THE DOCKET ON** _____