## UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Victor Manuel HERNANDEZ,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GERARD HEINAUER;  )<br>Director, Nebraska Service Center;  )<br>~~DR. EMILIO~~ T. GONZALES,  )<br>Director, U. S. Citizenship &  )<br>Immigration Services;  )<br>MICHAEL CHERTOFF,  )<br>Secretary, U. S. Department of  )<br>Homeland Security,  )<br>Defenfants,  )<br>_____  ) | Civil Action<br>07-CV-7157<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br><br>(Jones, B) |

It is hearby stipulated and agreed by and between the parties to this action that this action be dismissed pusuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissall is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and dispersements.

The clerk shall enter judgement in accordance ith this Stipulation and Order of Dismissal.

Dated: Brooklyn, New York
~~April~~ _____, 2008

MATTHEW J. HARRIS, of Counsel
Law Offices of Eric Wuestman
57 Montgomery Place
Brooklyn, New York 11215
(718) 622-4104
Attorney for Petitioner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

Dated: New York, New York
      May __22__, 2008

                  MICHAEL J. GARCIA
                  United States Attorney
                  Southern District of New York
                  86 Chambers Street
                  New York, NY 10007

                By: _____
                  JAMES LOPREST, ESQ.
                  Special Assistant United States Attorney
                  (212) 637-2786

**SO ORDERED:**

Dated: Brooklyn, New York
      May _____, 2008
      June 9, 2008

                  _____
                  HONORABLE BARBARA S. JONES
                  United States District Judge